No. 03–7399. KAMAE *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 03–7506. ROCKWELL *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7604. CLIFFORD *v.* CHANDLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7695. NASIRUN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7782. BLACKWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7793. KELLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7797. TATE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–7883. TAYLOR *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–7892. ROUSE *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–8111. RICHMAN *v.* FABIANI. C. A. 3d Cir. Certiorari denied.

No. 03–8124. ROBERTSON *v.* CASUAL CORNER GROUP, INC. C. A. 3d Cir. Certiorari denied.

No. 03–8131. DI NARDO ET AL. *v.* CIRCUIT COURT OF FLORIDA, PALM BEACH COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8138. COAR *v.* MACFARLAND, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8139. PELLEGRINO *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 03–8140. MCGOWAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.